# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**CRAIG STATLER,**
        **PLAINTIFF,**

**V.**                                                                                  Case No. A-22-CV-1372-RP

**CAPTAIN KIMBLER, et al.,**
        **DEFENDANTS.**

## ORDER OF DISMISSAL

On January 3, 2023, the Court ordered Plaintiff to file an application to proceed *in forma pauperis* or pay the $402 filing fee within 30 days. On February 13, 2023, the Court ordered Plaintiff to show cause why this case should not be dismissed for failing to comply with the Court's order. The Court warned that the failure to respond would result in the dismissal of this case without further notice. The Court's ordered was returned undelivered because Plaintiff is no longer confined in the Burnet County Jail. Plaintiff has not provided the Court with an updated address.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to pay the filing fee or file an application to proceed *in forma pauperis* and failed to timely notify the Court of his change of address, his case is dismissed.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**SIGNED** on March 6, 2023.

                                                             ROBERT PITMAN
                                                             UNITED STATES DISTRICT JUDGE